# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-3006
LT Case No. 2021-CA-018822

_____

KATHLEEN M. DAY, AS EXECUTOR
OF THE ESTATE OF GERTRUDE K.
LYONS,

    Appellant,

    v.

CECILE SALTALAMACCHIA,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Alan A. Dickey, Senior Judge.

David G. Guest, Tallahassee, for Appellant.

Tiffany Ann Jones, John M. Frazier, Jr., Eric L. Hostetler, and
Scott D. Widerman, of Widerman Malek, PL, Melbourne, for
Appellee.

October 31, 2023

PER CURIAM.

    AFFIRMED.

MAKAR, JAY, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____